UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>Julio Fabela-Niebla,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)   CASE NO. 08-81-M<br>)<br>)<br>)<br>)<br>) |

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **14ᵀᴴ** day of **APRIL, 2008**,

ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

                                    _____
                                    **Honorable Leonard P. Stark**
                                    **U.S. Magistrate Judge**


cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney