# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

JULIO FABELA-NIEBLA,

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: **08-81-M**

I, **JULIO FABELA-NIEBLA**, charged in a complaint pending in this District with **ILLEGAL RE-ENTRY INTO THE UNITED STATES AFTER DEPORTATION**, in violation of Title **8**, U.S.C., **1326(b)(2)**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

*[signature]*
Defendant

*[signature]*
Counsel for Defendant

*DATED: APRIL 25TH, 2008*